**Henry R. MADOFF, Claimant–
Appellee,**

v.

**Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellant.**

**David V. Gilliam, Claimant–Appellee,**

v.

**Anthony J. Principi, Secretary of
Veterans Affairs, Respondent–
Appellant.**

**Nos. 04–7037, 04–7043.**

United States Court of Appeals,
Federal Circuit.

May 6, 2004.

Martin F. Hockey, Jr., Principal Attorney, Michael N. Cohen, of Counsel, Department of Justice, Washington, DC, for Respondent–Appellant.

Stephanie Forester, Principal Attorney, Barton F. Stichman, of Counsel, Washington, DC, Robert C. Rhodes, of Counsel, Chapin, SC, George F. Indest III, Principal Attorney, George F., Jennifer L. Hammond, of Counsel, Altamonte Spgs, FL, for Claimant–Appellee.

Before SCHALL, GAJARSA, and PROST, Circuit Judges.

SCHALL, Circuit Judge.

### ORDER

The Secretary of Veterans Affairs moves to vacate the Court of Appeals for Veter-

---

ans Claims' decisions in *Madoff v. Principi*, 01–1689 (August 29, 2003) and *Gilliam v. Principi*, 01–1377 (September 4, 2003), and have these cases remanded for further proceedings consistent with this court's decision in *Conway v. Principi*, 353 F.3d 1369 (Fed.Cir.2004). The appellees oppose. The Secretary replies in 04–7043.

To the extent the Secretary requests remand for consideration of additional issues not related to *Conway,* the court makes no ruling. These issues may be raised before the Court of Appeals for Veterans Claims on remand.

Upon consideration thereof,

IT IS ORDERED THAT:

The Secretary's motions to vacate and remand are granted.